THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST MARKETING GROUP, INC.,
d.b.a. CHANNEL SOULTIONS GROUP,
SUZANNE WILLIAMS, individually,

Plaintiff,

v.

OTTLITE TECHNOLOGIES, INC.,

Defendant.

NO. 2:16-CV-1816

STIPULATION AND [PROPOSED]
ORDER TO STAY PROCEEDINGS
UNTIL MAY 19, 2017

**NOTE ON MOTION CALENDAR**:
FEBRUARY 16, 2017

## I. STIPULATION

The Plaintiffs Northwest Marketing Group, Inc. d/b/a Channel Solutions Group and Suzanne Williams, and the Defendant Ottlite Technologies, Inc. ("Parties") by and through their undersigned counsel, stipulate and agree as follows. The Parties wish to engage in good faith efforts to explore potential for negotiated resolution of their disputes. As a result, the Parties agree they wish to remove Defendant's pending Motion to Dismiss Certain Claims Under Fed. R. Civ. P. 12(b)(6) currently noted for consideration on February 24, 2017 from the Court's calendar, without prejudice, and stay both case deadlines and formal discovery until Friday, May 19, 2017.

{PSP1546723.DOCX;1/12672.000001/ }
STIPULATION AND [PROPOSED] ORDER TO STAY
PROCEEDINGS - - 1
NO. 2:16-CV-1816

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

Stipulated and jointly presented this 16th day of February, 2017 by undersigned counsel for the Parties.

                              Attorneys for Plaintiff
                              INTEGRITY LAW GROUP, PLLC

By:   /s/ *Afton E. Hayes*
       Afton E. Hayes, WSBA #37454
       Integrity Law Group, PLLC
       2033 Sixth Avenue, Suite 920
       Seattle, WA 98121
       Phone: (206) 838-8118
       Fax: (206) 838-7459
       Email: ahayes@intgeritylawgroup.net

OGDEN MURPHY WALLACE, P.L.L.C.

By:   /s/ *Patrick S. Pearce*
       Patrick S. Pearce, WSBA #20857
       Ogden Murphy Wallace, P.L.L.C.
       901 Fifth Avenue, Suite 3500
       Seattle, WA 98164
       Telephone: (206) 447-7000
       Fax: (206) 447-0215
       Email: ppearce@omwlaw.com


Attorneys for Defendant
DAVIS WRIGHT TREMAINE, L.L.P.

By:   /s/ *Rebecca Francis*
       Jeffrey B. Coopersmith, WSBA # 30954
       Rebecca Francis, WSBA #41196
       1201 Third Avenue, Suite 2200
       Seattle, WA 98101-3045
       Phone: (206) 622-3150
       Fax: (206) 757-7700
       Email: jeffcoopersmith@dwt.com
       Email: rebeccafrancis@dwt.com

{PSP1546723.DOCX;1/12672.000001/ }
STIPULATION AND [PROPOSED] ORDER TO STAY
PROCEEDINGS - - 2
NO. 2:16-CV-1816

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## II. ORDER

Pursuant to the stipulation of the Parties and for good cause shown, the Court hereby orders that this matter and all related deadlines including those relating to Defendant's pending Motion to Dismiss currently noted for consideration on February 24, 2017 shall be stayed to allow the Parties an opportunity to address negotiation for potential settlement. The stay shall be in effect until May 19, 2017, at which time if the parties have not reached a resolution, Defendant may renote for consideration its Motion to Dismiss. The deadline for Joinder of Parties currently set for February 28, 2017 which falls during the stay period shall be reset for May 26, 2017 following lifting of the stay. All other case deadlines remain in place.

IT IS SO ORDERED.

Dated this 16th day of February, 2017.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

{PSP1546723.DOCX;1/12672.000001/ }
STIPULATION AND [PROPOSED] ORDER TO STAY
PROCEEDINGS - - 3
NO. 2:16-CV-1816

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 16th day of February, 2017 I served a true and correct copy of the foregoing document on counsel below by the method indicated:

| | |
|---|---|
| Rebecca Francis<br>Jeffrey B. Coopersmith<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: 206-622-3150<br>Fax: 206-757-7700<br>Email: rebeccafrancis@dwt.com<br>Email: jeffcoopersmith@dwt.com<br>Attorneys for Defendant | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Afton Hayes<br>Integrity law Group, PLLC<br>2033 Sixth Avenue, Suite 828<br>Seattle, WA 98121<br>Phone: 206-838-8118<br>Fax: 206-838-7459<br>Email: ahayes@integritylawgroup.net<br>Attorneys for Plaintiff | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

DATED this 16th day of February, 2017.

                      s/ Patrick S. Pearce, WSBA #20857
                      Patrick S. Pearce

{PSP1546723.DOCX;1/12672.000001/ }
STIPULATION AND [PROPOSED] ORDER TO STAY
PROCEEDINGS - - 4
NO. 2:16-CV-1816

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215